UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARVIN ROBINSON | CIVIL ACTION |
| VERSUS | NO: 15-5066 |
| N. BURL CAIN, ET AL. | SECTION: "J"(5) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Petitioner Robinson's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion herein. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Marvin Robinson is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of December, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE